UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN MARK FENTON,<br><br>                     Petitioner,<br>     v.<br>ISIDRO BACA, *et al.*,<br><br>                     Respondents. | Case No. 3:16-cv-00749-MMD-VPC<br><br>ORDER |

Petitioner has sent a letter to the Court, asking whether it has received the filing fee. (ECF No. 4.) It has not. The Court will give petitioner additional time to pay the fee.

The Court denied petitioner's application to proceed *in forma pauperis* because he received deposits that were frequent enough, and large enough, for him to pay the fee once he received a deposit. The next time that petitioner receives a deposit into his account, he should ensure that the filing fee is paid before he spends that money on anything else.

It is therefore ordered that petitioner will have through May 30, 2017, to pay the filing fee. Failure to comply with this order will result in the dismissal of this action.

DATED THIS 10th day of April 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE