UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JOHN MARK FENTON, | Case No. 3:16-cv-00749-MMD-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Petitioner has filed a proper-person motion for leave to proceed and file first amended petition (ECF No. 15). The motion is moot because the Court has appointed counsel and given leave to file a first amended petition. Additionally, now that counsel represents petitioner, petitioner may not file proper-person motions. LR IA 11-6(a).

Petitioner has filed a represented unopposed motion for extension of time (first request) (ECF No. 16). The Court grants this motion.

It is therefore ordered that petitioner's motion for leave to proceed and file first amended petition (ECF No. 15) is denied as moot.

It is further ordered that petitioner's unopposed motion for extension of time (first request) (ECF No. 16) is granted. Petitioner will have through March 1, 2018, to file an amended petition for a writ of habeas corpus.

DATED THIS 5th day of December 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE