UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

JOHN MARK FENTON,

Petitioner,

v.

ISIDRO BACA, *et al.,*

Respondents.

Case No. 3:16-cv-00749-MMD-VPC

ORDER

Before the Court are petitioner's motion for extension of time (ECF No. 19) and unopposed motion for stay and abeyance (ECF No. 20). Petitioner asks the Court to stay the action, and to wait for an amended petition, until his post-conviction proceedings in state court have concluded.

Good cause appearing, it is therefore ordered that petitioner's motion for extension of time (ECF No. 19) is granted.

It is further ordered that petitioner's motion for stay and abeyance (ECF No. 20) is granted.

It is further ordered that this action is stayed pending exhaustion of the unexhausted claims. Petitioner must return to this Court with a motion to reopen within forty-five (45) days of issuance of the remittitur by the Nevada Supreme Court at the conclusion of the state court proceedings. Further, petitioner or respondents otherwise may move to reopen the action and seek any relief appropriate under the circumstances.

It further is ordered that the Clerk of Court administratively close this action until such time as the Court grants a motion to reopen the action.

DATED THIS 9th day of April 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE