UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN MARK FENTON, | Case No. 3:16-cv-00749-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.,* | |
| Respondents. | |

Petitioner John Mark Fenton has filed an unopposed motion for extension of time. (ECF No. 35 ("Motion").) This is Fenton's first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 35) is granted. Fenton will have up to and including February 28, 2024, to file his second-amended petition.

DATED THIS 29th day of November 2023.

_____

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

1