# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN MARK FENTON,<br><br>Petitioner,<br><br>v.<br><br>ISIDRO BACA, *et al.*,<br><br>Respondents. | Case No. 3:16-cv-00749-MMD-CLB<br><br>ORDER |

Petitioner John Mark Fenton has filed an unopposed motion for extension of time. (ECF No. 37 ("Motion").) This is Fenton's second request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 37) is granted. Fenton will have up to and including March 29, 2024, to file his second-amended petition.

DATED THIS 28th day of February 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE