UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN MARK FENTON, | Case No. 3:16-cv-00749-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Respondents have filed an unopposed motion for extension of time. (ECF No. 40 ("Motion").) This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 40) is granted. Respondents have up to and including July 19, 2024, to file their response to the second-amended petition.

DATED THIS 22nd day of May 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE