UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JOHN MARK FENTON,

Petitioner,

v.

ISIDRO BACA, *et al.*,

Respondents.

Case No. 3:16-cv-00749-MMD-CLB

ORDER

Respondents have filed an unopposed motion for a 31-day extension of time to file their response to the second-amended petition. (ECF No. 43 ("Motion").) This is Respondents' second request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 43) is granted. Respondents have up to and including August 19, 2024, to file their response to the second-amended petition.

DATED THIS 15th day of July 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

1