UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JOHN MARK FENTON, | Case No. 3:16-cv-00749-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Petitioner John Mark Fenton has filed an unopposed motion for an extension of time to file his opposition to the motion to dismiss. (ECF No. 56 ("Motion").) This is Fenton's first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 56) is granted. Fenton has up to and including November 4, 2024, to file his opposition to the motion to dismiss.

DATED THIS 3rd day of September 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE