UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN MARK FENTON,<br><br>                Petitioner,<br>v.<br><br>ISIDRO BACA, *et al.*,<br><br>                Respondents. | Case No. 3:16-cv-00749-MMD-CLB<br><br>ORDER |

Petitioner John Mark Fenton filed an unopposed motion for a 14-day extension of time to file his opposition to the motion to dismiss. (ECF No. 58 ("Motion").) This is Fenton's second request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 58) is granted. Fenton has up to and including November 18, 2024, to file his opposition to the motion to dismiss.

DATED THIS 8th Day of November 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE