UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN MARK FENTON,<br><br>  Petitioner,<br>v.<br><br>ISIDRO BACA, *et al.*,<br><br>  Respondents. | Case No. 3:16-cv-00749-MMD-CLB<br><br>ORDER |

Respondents have filed an unopposed motion for a 29-day extension of time to file their reply to the motion to dismiss. (ECF No. 61 ("Motion").) This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 61) is granted. Respondents have up to and including December 24, 2024, to file their reply to the motion to dismiss.

DATED THIS 22nd Day of November 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE