UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JOHN MARK FENTON,

Petitioner,

v.

ISIDRO BACA, *et al.*,

Respondents.

Case No. 3:16-cv-00749-MMD-CLB

ORDER

Respondents filed an unopposed motion for an extension of time to file their answer to Petitioner John Mark Fenton's second amended petition. (ECF No. 65 ("Motion").) This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 65) is granted. Respondents have up to and including May 12, 2025, to file their answer.

DATED THIS 11th Day of March 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE