UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| JOHN MARK FENTON, | Case No. 3:16-cv-00749-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Respondents have filed an unopposed motion for an extension of time to file their answer to Petitioner John Mark Fenton's Second-Amended Petition. (ECF No. 67 ("Motion").) This is Respondents' second request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 67) is granted. Respondents have up to and including July 11, 2025 to file their answer.

DATED THIS 13th Day of May 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE