UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JOHN MARK FENTON, | Case No. 3:16-cv-00749-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Respondents have filed an unopposed motion for an extension of time to file their answer to Petitioner John Mark Fenton's Second-Amended Petition. (ECF No. 69 ("Motion").) This is Respondents' third request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 69) is granted. Respondents have up to and including August 29, 2025, to file their answer.

DATED THIS 17th day of July 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE