UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN MARK FENTON, | Case No. 3:16-cv-00749-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Respondents have filed an unopposed motion for a 31-day extension of time to file their answer to Petitioner John Mark Fenton's Second-Amended Petition. (ECF No. 71 ("Motion").) This is Respondents' fourth request for an extension of this deadline. The Court finds good cause exists to grant the Motion, but it warns that future requests for an extension of this deadline will be viewed unfavorably.

It is therefore ordered that the Motion (ECF No. 71) is granted. Respondents have up to and including September 29, 2025, to file their answer.

DATED THIS 4th Day of September 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE