UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| JOHN MARK FENTON, | Case No. 3:16-cv-00749-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Petitioner John Mark Fenton has filed an unopposed motion for a 90-day extension of time to file his reply to Respondents' Answer to his Second-Amended Petition. (ECF No. 74 ("Motion").) This is Fenton's first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 74) is granted. Fenton has up to and including January 27, 2026, to file his reply.

DATED THIS 30th Day of October 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE