UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN MARK FENTON,<br><br>               Petitioner,<br>   v.<br><br>ISIDRO BACA, *et al.*,<br><br>               Respondents. | Case No. 3:16-cv-00749-MMD-CLB<br><br>EXTENSION ORDER |

Petitioner John Mark Fenton has filed an unopposed motion for a 60-day extension of time to file his reply to Respondents' Answer to his Second-Amended Petition. (ECF No. 80 ("Motion").) This is Fenton's third request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 80) is granted. Fenton has up to and including May 29, 2026, to file his reply.

DATED THIS 27th Day of March 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE