# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN MARK FENTON,<br><br>                              Petitioner,<br>v.<br><br>ISIDRO BACA, *et al.*,<br><br>                              Respondents. | Case No. 3:16-cv-00749-MMD-CLB<br><br>ORDER |

Petitioner John Mark Fenton has filed an unopposed motion for a 60-day extension of time to file his reply to Respondents' Answer to his Second-Amended Petition. (ECF No. 82 ("Motion").) This is Fenton's fourth request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 82) is granted. Fenton has up to and including July 28, 2026, to file his reply.

DATED THIS 1st Day of June 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE