UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN MARK FENTON, Petitioner, v. ISIDRO BACA, *et al.*, Respondents. | Case No. 3:16-cv-00749-MMD-CLB<br>EXTENSION ORDER |

Petitioner John Mark Fenton has filed an unopposed motion for a 30-day extension of time to file his reply to Respondent's Answer to his Second-Amended Petition. (ECF No. 85 ("Motion").) This is Fenton's fifth request for an extension of this deadline. The Court finds good cause exists to grant the Motion, but it warns that future requests for an extension of this deadline will be viewed unfavorably.

It is therefore ordered that the Motion (ECF No. 85) is granted. Fenton has up to and including August 27, 2026, to file his reply.

DATED THIS 5th Day of August 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE